UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LAURI JOHNSON,<br><br>       Plaintiff<br><br>       v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>       Defendant | Case No. 1:18-cv-01172-SM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Laurie Johnson and Defendant Liberty Life Assurance Company of Boston, by and through their attorneys of record, hereby stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted herein, against Defendant. Each party shall bear her/its own attorney's fees, costs, and expenses of litigation.

DATED: February 8, 2019

/s/ George M. Thompson, Jr.
The Law Office of George Thompson
P.O. Box 1181
Westborough, MA 01581
508-366-1304
gthompson@gthompsonlegal.com

*Attorneys for Plaintiff*

/s/ Byrne J. Decker
Byrne J. Decker, Bar No. 9300
Ogletree, Deakins, Nash, Smoak
 & Stewart, P.C.
2 Monument Square, Suite 703
Portland, ME  04101
207-387-2963
b.decker@ogletree.com

*Attorneys for Defendant Liberty Life*
*Assurance Company of Boston*

2

## CERTIFICATE OF SERVICE

      I certify that I caused the foregoing document to be electronically filed on February 8, 2019, through the Court's CM/ECF system and that this document is available for viewing and downloading from the Court's CM/ECF system.  All counsel of record have been served by electronic means.

George M. Thompson, Jr.
The Law Office of George Thompson
PO Box 1181
Westborough, MA 01581

Dated:   February 8, 2019　　　　　　　　　　/s/  Byrne J. Decker
　　　　　　　　　　　　　　　　　　　　　　Byrne J. Decker